JORDAN S. ALTURA  (SBN: 209431)
HILARY E. FEYBUSH  (SBN: 280714)
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (213) 680-4470
Email:  jaltura@gordonrees.com
Email:  hfeybush@gordonrees.com

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENITO INFANTINO, | CASE NO. 5:15-cv-01901 BLF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER ON STIPULATION** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | Complaint Filed:  April 29, 2015 |

Plaintiff, Life Benito Infantino, and Defendant Life Insurance Company of North America (the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, this matter is currently scheduled for a Case Management Conference on August 20, 2015, at 1:30 p.m.

WHEREAS, the parties have agreed to a private mediation of this matter, which is scheduled for September 22, 2015, with the Honorable Edward Infante (Ret.) at JAMS.

WHEREAS, the parties believe it would conserve judicial and party resources if the August 20, 2015 Case Management Conference is continued to a date after the September 22, 2015 mediation.

*Gordon & Rees LLP*
*633 West Fifth Street, 52nd Floor*
*Los Angeles, CA 90071*

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties that the
2  August 20, 2015 Case Management Conference be continued to a date after the September 22,
3  2015, mediation of this matter.
4  Respectfully submitted,

5  Dated: August 19, 2015          SPRINGER & ROBERTS LLP

                                   By  /s/ Michelle L. Roberts
                                       Michelle L. Roberts
                                   Attorneys for Plaintiff
                                   BENITO INFANTINO

   Dated: August 19, 2015          GORDON & REES LLP

                                   By  /s/ Jordan S. Altura
                                       Jordan S. Altura
                                       Hilary E. Feybush
                                   Attorneys for Defendant
                                   LIFE INSURANCE COMPANY OF NORTH
                                   AMERICA

### ATTESTATION OF E-FILED SIGNATURE

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Stipulation To Continue Case Management Conference; [Proposed] Order On Stipulation. In compliance with Local Rule 5-1(i), I hereby attest that, Michelle L. Roberts, counsel for Plaintiff Benito Infantino, has concurred in this filing.

Dated: August 19, 2015             /s/ Jordan S. Altura

### ORDER ON STIPULATION

Pursuant to the above Stipulation,

IT IS HEREBY ORDERED that the Case Management Conference in the above-captioned matter be continued until Qevqdgt"42;."4237.

Dated: Œ*˘•oÆJËÃŒFÍ                _____
                                   JUDGE OF THE U.S. DISTRICT COURT