Michelle L. Roberts (Bar No. 239092)
michelle@ssrlawgroup.com
Cassie Springer Ayeni (Bar No. 221506)
cassie@ssrlawgroup.com
SPRINGER & ROBERTS LLP
1050 Marina Village Parkway, Suite 105
Alameda, CA 94501
Telephone: (510) 992-6130
Facsimile:  (510) 280-7564

Attorneys for Plaintiff
BENITO INFANTINO

JORDAN S. ALTURA  (SBN:  209431)
HILARY E. FEYBUSH  (SBN:  280714)
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (213) 680-4470
Email: jaltura@gordonrees.com
Email: hfeybush@gordonrees.com

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BENITO INFANTINO, | Case No. 5:15-cv-01901 BLF |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | **FED. R. CIV. P. 41(a)** |
| Defendant. | |

**TO THE CLERK OF THE COURT, THE HONORABLE BETH LABSON FREEMAN, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

In execution of a settlement and release agreement between the parties, it is hereby stipulated by and between Plaintiff BENITO INFANTINO and Defendant LIFE INSURANCE

COMPANY OF NORTH AMERICA, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  October 1, 2015     SPRINGER & ROBERTS LLP


                            By:  */s/ Michelle L. Roberts*
                                 Michelle L. Roberts
                                 Attorneys for Plaintiff
                                 UMA PURI

Dated:  October 1, 2015     GORDON & REES LLP


                            By:  */s/ Jordan S. Altura*
                                 Jordan S. Altura
                                 Attorneys for Defendant
                                 LIFE INSURANCE COMPANY OF
                                 NORTH AMERICA

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: October 1, 2015                             By: /s/*Michelle L. Roberts*
                                                          Michelle L. Roberts

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This action is hereby dismissed with prejudice. The Case Management Conference scheduled for October 29, 2015 and all other case deadlines shall be vacated. Each party shall bear its own attorneys' fees and costs.

Dated: October  F , 2015                          _____
                                                          Beth Labson Freeman
                                                          Judge, United States District Court